IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**JOSE M. CHARRIEZ,**

    **Plaintiff,**

v.                                  Case No.  4:14cv477-MW/GRJ

**MICHAEL CREWS,**

    **Defendant.**

_____/

**ORDER ACCEPTING AND ADOPTING REPORT
AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate's Report and Recommendation.  ECF No. 10.  Upon consideration, no objection having been filed by Plaintiff,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion.

The Clerk shall enter judgment stating, "This case is **DISMISSED** for failure to prosecute, failure to comply with a directive of the Court, or alternatively, for failure to state a claim."  All pending motions are terminated.

1

The Clerk shall close the file.

**SO ORDERED on January 7, 2015.**

<u>s/Mark E. Walker</u>
**United States District Judge**
